1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11   MOFEDA Z.,                                    Case No. 24-cv-2224-MMA-DDL

12                              Plaintiff,          **ORDER ADOPTING REPORT AND**
                                                    **RECOMMENDATION**
13   v.

14   FRANK BISIGNANO, *Commissioner*
     *of Social Security*,[1]
15
                                Defendant.          [Doc. No. 20]
16

17

18

19          On November 27, 2024, Plaintiff Mofeda Z. ("Plaintiff") filed this social security

20   appeal challenging the denial of an application for disability insurance benefits.  *See* Doc.

21   No. 1.  The Court referred all matters arising in this social security appeal to the assigned

22   magistrate judge for report and recommendation pursuant to Section 636(b)(1)(B) of Title

23   28 of the United States Code, and Civil Local Rule 72.1.  *See* Doc. No. 12.

24

25
     _____
26

27   [1] Frank Bisignano is now the Acting Commissioner of Social Security. Therefore, pursuant to Federal
     Rule of Civil Procedure 25(d), Frank Bisignano is substituted for Martin O'Malley as the defendant in
28   this suit. No further action needs to be taken, pursuant to the last sentence of section 205(g) of the Social
     Security Act, 42 U.S.C. § 405(g).

The duties of the district court in connection with a magistrate judge's Report and Recommendation ("R&R") are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Where the parties object to a R&R, "[a] judge of the [district] court shall make a de novo determination of those portions of the [R&R] or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). When no objections are filed, the district court need not review the R&R de novo. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). A district judge may nevertheless "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006).

Here, neither party objected to the R&R. The time for filing objections has expired. *See* Doc. No. 20 at 19 (objections due by September 9, 2025). Having reviewed the R&R, the Court finds that Judge Leshner has issued a thorough and well-reasoned Report recommending that the Court affirm the decision of the Commissioner and contains no clear error. *See* Doc. No. 20.

The Court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Upon due consideration, the Court **ADOPTS** Judge Leshner's Report and Recommendation in its entirety and **AFFIRMS** the decision of the Commissioner of Social Security. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated:  September 22, 2025

HON. MICHAEL M. ANELLO
United States District Judge